IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES EX REL.<br>TASHA D. FOUSHEE, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>REDDY SOLUTIONS, INC. AND<br>RAJASHAKHER P. REDDY, M.D.<br><br>DEFENDANTS. | Civil Action No.<br><br>1:06-CV-2072-TWT |

## CONSENT JUDGMENT

Plaintiff, the United States of America, having intervened in the above Civil Action, Relator Tasha D. Foushee, M.D., and Defendants Reddy Solutions, Inc. ("RSI") and Rajashakher P. Reddy, M.D. ("Reddy"), having entered into a Settlement Agreement with each other, the State of Georgia, the State of Alabama, and the State of Idaho to settle certain claims in the Civil Action defined in the Settlement Agreement as the "Covered Conduct," hereby agree as follows:

1. Judgment is hereby entered in favor of the United States against Defendants RSI and Reddy, jointly and severally, in the amount of $457,743.67 (the "Federal Settlement Amount" in the Settlement Agreement);

2. Judgment is hereby entered in favor of the State of Georgia against

1

2. Judgment is hereby entered in favor of the State of Georgia against Defendants RSI and Reddy, jointly and severally, in the amount of $57,308.43 (the "Georgia State Settlement Amount" in the Settlement Agreement);

3. Judgment is hereby entered in favor of the State of Alabama against Defendants RSI and Reddy, jointly and severally, in the amount of $25,534.14 (the "Alabama State Settlement Amount" in the Settlement Agreement);

4. Judgment is hereby entered in favor of the State of Idaho against Defendants RSI and Reddy, jointly and severally, in the amount of $6,230.92 (the "Idaho State Settlement Amount" in the Settlement Agreement); and

5. Interest shall accrue on any unpaid principal amounts due under this Consent Judgment pursuant to 28 U.S.C. § 1961.

This 29 day of July 2014

*Thomas W. Thrash*
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:             THE UNITED STATES OF AMERICA

             SALLY QUILLIAN YATES
             UNITED STATES ATTORNEY


             */s/ Sally B. Molloy*
             SALLY B. MOLLOY
             Assistant United States Attorney
             Georgia Bar No. 140816
             600 U.S. Courthouse
             Atlanta, GA 30303
             (404) 581-6000
             Sally.Molloy@usdoj.gov

CONSENTED TO BY:        RELATOR TASHA D. FOUSHEE, M.D.

/s/ Marlan B. Wilbanks*
MARLAN B. WILBANKS
Georgia Bar No. 758223
Wilbanks & Bridges
3414 Peachtree Road, NE
Suite 1075
Atlanta, GA 30326
404-842-1075
mbw@wilbanks-bridgeslaw.com
Attorney for Relator

*signed by Sally B. Molloy with consent

CONSENTED TO BY: DEFENDANTS RAJASHAKHER P. REDDY, M.D. AND REDDY SOLUTIONS, INC.

*/s/ Paul S. Kish**
PAUL S. KISH
Georgia Bar No. 424277

*/s/ W. Carl Lietz, III**
W. CARL LIETZ, III
Georgia Bar No. 452080

Kish & Lietz, P.C.
225 Peachtree St, NE
1700 South Tower
Atlanta, GA 30303
404-588-3991
Attorneys for Defendants

*signed by Sally B. Molloy with consent

CONSENTED TO BY:          THE STATE OF GEORGIA

/s/ _____  6/17/14
IRVAN A. PEARLBERG
GA Bar No: 569100
Director, Medicaid Fraud Control Unit
Attorney General's Office – State of Georgia
200 Piedmont Ave., S.E.
West Tower – 19th Floor
Atlanta, GA 30334
Phone: (404) 656-5401

/s/ _____  6/19/14
ROBERT M. FINLAYSON, III
Inspector General
State of Georgia Department of Community
     Health

CONSENTED TO BY:      THE STATE OF ALABAMA

/s/ Luther Strange  
LUTHER STRANGE  
ATTORNEY GENERAL

/s/ Stephanie A  
STEPHANIE M. AZAR  
Acting Commissioner  
Alabama Medicaid Agency

CONSENTED TO BY:    THE STATE OF IDAHO

LAWRENCE G. WASDEN
ATTORNEY GENERAL

By: _____  6-30-2014
KENDAL A. MCDEVITT
Lead Deputy Attorney General
Director of the Medicaid Fraud Control Unit
P.O. Box 83720
Boise, Idaho 83720-0010
(208) 334-4100
Idaho State Bar No.: 5273
kendal.mcdevitt@ag.idaho.gov


RICHARD ARMSTRONG
DIRECTOR OF THE DEPARTMENT OF
HEALTH AND WELFARE
STATE OF IDAHO

By: _____
LISA HETTINGER
Administrator
Division of Medicaid
3232 W. Elder Street
Boise, Idaho 83705
(208) 287-1141
hettingl@dhw.idaho.gov

8